UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC,<br><br>                    Plaintiff,<br><br>          -against-<br><br> DEF,<br><br>                    Defendant. | Case No. 1:25-mc-00442 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

All matters in this case having been resolved, the Clerk of Court is respectfully directed to terminate the Motion at Dkt. 1 as of **October 16, 2025** and to CLOSE this case as of the aforementioned date.

Dated: December 9, 2025
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge